# CERTIFICATE OF SERVICE

I, Loletta Darden, hereby certify that the Amicus Brief of the George Washington University Law School Intellectual Property & Technology Clinic and associated documents have been sent today, **November 17, 2023**, via electronic mail to counsel of record for Appellant Rebecca Curtin and Appellee United Trademark Holdings, Inc.:

Ryan Morris
David Todd
John Stringham
Matthew Barlow
Workman Nydegger
60 South Temple STE 1000
Salt Lake City, UT 84111
MBarlow@wnlaw.com
jstringham@wnlaw.com

Erik M. Pelton
Erik M. Pelton & Associates,
PLLC PO Box 100637
Arlington, VA 22210
erik@erikpelton.com

By: /s/ Loletta Darden
Loletta Darden
Attorney for Amicus Curiae
The George Washington University
Law School Intellectual Prop. &
Tech. Law Clinic
2000 H St NW
Washington, DC 20052
312.498.4179
Loletta.darden@law.gwu.edu