# United States Court of Appeals for the Federal Circuit

---

**REBECCA CURTIN,**
*Appellant*

**v.**

**UNITED TRADEMARK HOLDINGS, INC.,**
*Appellee*

---

2023-2140

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91241083.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

May 22, 2025
Date

Jarrett B. Perlow
Clerk of Court